UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────────

WILLIAM EDWARDS,

                     Plaintiff,

           v.                                          9:04-CV-1054

DONALD SELSKY, Director of S.H.U. and Tier 3
Appeals; JOSEPH McCOY, Superintendent;
THOMAS G. EAGEN, Director of Inmate Grievance
Program for D.O.C.S.; GARY ANTHONY, Deputy
Superintendent of Administration; D. W. SEITZ,
Captain; C.O. C. BONVINO, and RAFTIS,
Recreation Supervisor and Tier 3 Assistant,

                     Defendants.
───────────────────────────────────────────────

APPEARANCES:                                OF COUNSEL:

WILLIAM EDWARDS, 3490609108
 Plaintiff, *Pro Se*
Otis Bantum Correctional Center
1600 Hazen Street
East Elmhurst, NY 11370

HON. ANDREW M. CUOMO               ED J. THOMPSON, ESQ.
Attorney General for State of New York     Assistant Attorney General
 Counsel for Defendants
615 Erie Boulevard West, Suite 102
Syracuse, NY 13204

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

    The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on the 12th day of February, 2007.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

Such Report-Recommendation, which was mailed to plaintiff's last known residence, was returned to the Court as undeliverable to plaintiff at such address. *See* docket no. 22.

Additionally, plaintiff was previously advised by the Court that plaintiff was required to promptly notify the Clerk's Office of any change in his address, and that failure to keep such office apprised of his current address would result in the dismissal of the instant action. *See* docket no. 4.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: March 6, 2007
Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge